IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No.: 08-605-1 |
| | : | |
| | : | |
| TROY LAYNE | : | |

**ORDER**

AND NOW, this 24th day of September, 2009 it is hereby ORDERED Defendant Layne's Pretrial Motion to Dismiss is DENIED.

It is further ORDERED Defendant Layne's objection to Government's Proposed Jury Instruction Number 20 is OVERRULED.

It is further ORDERED Defendant Layne's Motion for a Judgment of Acquittal, pursuant to Federal Rule of Criminal Procedure 29, is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

1